UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Miyoshi Collins _____ )
                    Plaintiff(s)  )
                                  )
          vs.                     )
                                  )
The Resource _____      )
Center for Independent Defendant(s) )
Living                            )

FILED

AUG 22 2017

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Utica

Civil Case No.: 6:17cv0925
                (LEK TWO)

CIVIL COMPLAINT
PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT,
AS AMENDED

Plaintiff(s) demand(s) a trial by: ____ JURY  ✓ COURT  (Select **only** one).

## JURISDICTION

1.  Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2.  Plaintiff: Miyoshi Collins

    Address: 377 N Broadway Apt 417

    ~~Rome, NY 13440 Apt 1~~   Yonkers, NY

    315 271-4930               10701

    Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: RCIL

        Official Position: _____

        Address: 409 Columbia Street Utica NY

                 Utica, NY 13502          13502

b.     Defendant:          _____

Official Position:   _____

Address:            _____

_____

_____

4.     This action is brought pursuant to:

___✓ Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.,* and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

_____ Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5.     Venue is invoked pursuant to 28 U.S.C. s 1391.

6.     Defendant's conduct is discriminatory with respect to the following (check all that apply):

(A) __✓__ My race or color.
(B) _____ My religion.
(C) _____ My sex (or sexual harassment).
(D) _____ My national origin.
(E) _____ My pregnancy.
(F) __✓__ Other: HArrasment            .

7.     The conduct complained of in this action involves:

(A) _____ Failure to employ.
(B) __✓__ Termination of employment.
(C) _____ Failure to promote.
(D) __✓__ Unequal terms and conditions of employment.
(E) __✓__ Reduction in wages.
(F) _____ Retaliation.
(G) _____ Other acts as specified below:

_____

_____

8.                                        FACTS

    Set forth the facts of your case which substantiate your claims.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

See Page 1

9.                            CAUSES OF ACTION

**Note: You must clearly state each cause of action you assert in this lawsuit.**

FIRST CAUSE OF ACTION

See page 2

## SECOND CAUSE OF ACTION

_____

_____

_____

_____

_____

## THIRD CAUSE OF ACTION

_____

_____

_____

_____

_____

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

E E O C  7/19/16
(Provide Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

5/22/17
(Provide Date)

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d). Yes

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g). Yes

Events of Occurrences

1. In the fall of 2014 the CEO (Zvia MaCornmic) called a meeting of the managers. The CEO stated at a meeting with all the of other managers that I would no longer be managing any of the community- based programs.
2. In the fall of 2014 I changed supervisors; the new supervisor Ernest Ortis bullied me from the fall of 2014 until July of 2015
3. Training for Whites only.
4. Wrongful termination May 20, 2016. I never said I resigned, nor did sign a statement prior to June 1, 2016 indicating that I had resigned.
5. Respondent refused to give me a 3 percent raise after respondent promise to give me the raise in June of 2016September 11, 2915 I suffered a major heart attack that kept me out of work until February 2016.

Cause of Action

1. My great, great, great, grandmother was a slave. My great, great grandmother, was a sharecropper and my grandmother was a sharecropper and my mother was a maid. Then there was me, who worked hard educating myself and excelled in the agency I loved so much. Of course with any new administration changes are inevitable. However, I did not expect what would occur afterwards. The CEO, called a meeting with all the managers in the agency. What the CEO declared in front of the White Mangers (with the exception of one and myself) that I would not be managing any more community-based program. I was so humiliated I did not know if I should get up and leave or sit there and be professional. I choose the later of the two however, my inner thoughts were screaming inside. I could not believe that I had been with the agency all these years and now all the work I had was wiped away with a swipe of a pen. Didn't I deserve the respect the right to be told about these changes before the meeting? This was personal my job was not modified as indicated by the EEOC I was demoted. The CEO never took the time to know me or to find out what I was capable of doing, she took the word of other White Women to make this decision, no other manager transitioned into other jobs, just me the only senior Black Woman in the agency who had supervised employees under the old administration for well over ten years.

When the respondent indicated "I could not do this job" again she got this information second handed from Margate Batson a White Supervisor whom I had formally supervised. I remember having a conversation with her and I did say I feel really bad. The respondent was so eager to get rid of me she would take the word of the agency gossiper. The response sent in by the respondent was riddled with false accusations in an attempt to break down my character. The respondent could have come to me to inquire about how I felt. I loved my job, I didn't have any evacuations to indicate that my performance was in trouble. I was a Black Women, this behavior did not happen to any of the other mangers. Ernest Ortis started to bully me from day 1. I spoke with the Director HR (Amy Dewan). Mr. Ortis apologized for the disrespectful email he sent me the first week he supervised me. However, he continued to harass me I went back to the HR Director on two different occasions to complain but nothing was done about. In January of 2015, I went to my primary care physician to inquire about something for the depression. In the spring of 2015 after all the mangers were called into a managers meeting to complete a sexual/ harassment document we completed every year. The only reason why this occurred was because a supervisor had been sexually harassing the young girls in the agency. In the years prior this behavior was not accepted. The respondent did not protect me or the others.

I worked to get certain trainings to the Training Department. One training in particular was from the Department of OPWDD for new Service Coordinators. I worked hard to bring this training to RCIL. However, once we received notification that RCIL could to do the training, the respondent

stated that the Director of Service Coordination (White Employee) could do the training. What good is having a training if the training department can't do their job?

1. I never authorized anyone to speak on my behalf to indicate that was not returning to work. I never told Gale Bergman (White employee) that I was not returning to work. I was wrongfully terminated along with my benefits. I tried to call RCIL and then I sent a letter to the respondent. After that the respondent sent me a text telling me to return back to work on June, 1 2016. I went to RCIL with the intention of returning to work however, I did not feel right about returning because of all the terrible things that had occurred. I told the HR Director I would not be returning because for the first time in my life I was scared to return to work. Not only that, I was humiliated in front of my peers. The HR Director stated that the agency would re-state my job and benefits. I managed several hundred employees. If one of those employees came to me and said they quit I would say put it in writing, I couldn't go to HR without proper documentation. I know this to be true, have the rules changed?

2. In December I received my paycheck I did not demand my from the agency after the CEO demanded that we would either have it directly deposited or have it mailed. I like several other employees received our paycheck on Thursdays. We received a final warning and were told if there were no further events we would receive our 3 percent raise in June 2015. I know for a fact that one of the employee's received their raise in June without even asking for it. I however, had to beg for it and still never receive the raise. The respondent indicated that according to the handbook I was not eligible for the raise but this is not the position respondent took with others who were in the same position as I was in but these employees were White. I asked one of the others, I was told that she received the pay raise automatically in June of 2016. So why the double standard?

15.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

The plaintiff is requesting $10,000,000 for the relief of wrongful termination, wage discrimination, Race, Defamation of Character and Humiliation

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 8|20|17

_Myoshi Collins_

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010